**STAMPUR & ROTH**
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

September 9, 2020

**By ECF & Email**

Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #518. SO ORDERED.

[signature]

September 10, 2020

    Re:    *United States v. Dorian Avery*  
             14 Cr. 810 (CM)

Dear Judge Furman:

    Chief Judge McMahon's chambers requested that the parties contact you to set a briefing schedule for the compassionate release motion in the above-referenced case that is now before Your Honor.

    The defense requests a briefing deadline of September 18, 2020, to file, and the government requests September 30, 2020, to reply, subject to the Court's endorsement.

    Thank you for your attention to this matter.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:    AUSA Edward Diskant