# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

March 2, 2021

**By ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Dorian Avery*, **14 Cr. 810 (JMF)**

Dear Judge Furman:

    I write to request a modification of Mr. Avery's sentence to permit him to accept a position in the Project Renewal Next Step Internship (NSIP) Careers in Homeless Service beginning March 8, 2021. This program is an 8-week long internship where Mr. Avery will be working as a Resident Aide while also attending classes. The program and program schedule is explained more fully in the attached letter from Contract Coach/Case Manager Tracey Bowe, and the attached information pamphlet. Mr. Avery's current sentence includes a condition, Home Detention for one year with electronic monitoring.

    If enrolled in the program Mr. Avery would be required to have flexibility in his hours of attendance and movement. His current sentence conditions of supervision requires that he notify the EM unit 72 hours in advance of any change in his schedule. To date, his probation officer has endeavored to accommodate Mr. Avery to allow him to schedule classes and programs. However, the guidelines cannot be modified to incorporate random schedule changes on short notice. His probation officer does not oppose this application, in recognition of the efforts Mr. Avery has made to secure the position and the potential benefits of the program. The government defers to the views of the Probation Department.

    Mr. Avery also works as a home attendant. Please see the attached email from Eagle Eye with information about Mr. Avery's patient and patient schedule.

STAMPUR & ROTH

Hon. Jesse M. Furman<br>
March 2, 2021<br>
Page 2

The opportunity to participate in this program is hopefully a life changing event for Mr. Avery, one that he is committed to pursue.

We respectfully request that his term of supervised release be modified to remove electronic monitoring and Home Detention.

Very truly yours,<br><br>
James Roth, Esq.

cc:  AUSA Edward Diskant
     USPO Daveena Tumasar

Encls.

Application GRANTED. The Clerk of Court is directed to terminate Doc. #550. SO ORDERED.

March 2, 2021

# Exodus
## TRANSITIONAL COMMUNITY, INC.
### CHANGING LIVES • RESTORING HOPE

Date: February 22, 2021

Re: **Dorian Avery**

To: Honorable District Court Judge Jesse Furman

I, Tracey Bowe am a Case Manager and have known Mr. Dorian Avery to be an active participant in the Wilderness Program here at Exodus Transitional Community Inc. since 1/5/2021 He is currently receiving services from Exodus Transitional Community Inc. to obtain his vital documents as well as utilization of the computer and employment services.

He has been accepted to participate in the Project Renewal Next Step Internship (NSIP) Careers in Homeless Services beginning March 8, 2021. The program schedule for weeks 3 -5 requires that he be in attendance for Three work days and Two classroom days, weeks 6 – 8 requires that he be in attendance for Four work days and One classroom training. This would require for him to have an open and flexible schedule (see attached). The hours he would need to be available ranges from 12:00 am – 8:00 am and 8:00 am- 4:00pm and 4:00pm – 12:00pm. This would allow him to effectively be on call as a Resident Aide.

Mr. Avery has been working with the Job Developer Mr. Bruce Washington and myself to ensure employment and his successful reentry back into society. This internship could lead to a career in Human Service work. Upon successful completion, Mr. Avery will be given a position as a Residential Aide at a designated worksite which will require him to be available as aforementioned. Mr. Avery meets all of the qualifications except the ability to have an open and flexible schedule due to the EM and restrictions of the 72 hour protocol for advance notification.

If you have any questions about this participant's participation in our program, please do not hesitate to contact me at (917) 492-0990 ext. 143 or via e-mail tbowe@etcny.org

Sincerely,

**Tracey Bowe**
**Contract Coach/Case Manager**

2268 3rd Ave, New York, NY 10035
(917) 492-0990 Fax: (212) 722-6669

85 Grand St, Newburgh, NY 12550
(845) 565-2700

97-99 Cannon St, Poughkeepsie, NY 12601
(845) 452-7620

Executive Staff: Julio Medina, Founder, Executive Director & CEO | Kathleen Bernier, Vice President of Operations
Kandra Clark, Associate Vice President of Strategy | Diana Ortiz, Vice President of Wellness Center & Contracts
Nora Reissig, Vice President of Development & Programs

Board of Directors: Rev. Dr. Lonnie McLeod, *President Emeritus* | Robert Hall, *Chairman Emeritus* | Michael Luciano, *Chairman Interim*
Wayne Atwell | Michele Davila| John Gilbert | David Hobert | Ruedi Laager | Yumari Martinez | Ashely Morrissey| Ashish Prashar Katina Rojas Joy | Joe Turner

www.etcny.org

 Gmail

Dorian Avery <dorianavery46@gmail.com>

### Hi, Welcome to Eagle Eye Dorian!
1 message

Human Resources <hr1@eagleeyefv.com>  Wed, Feb 24, 2021 at 5:34 PM
To: "dorianavery46@gmail.com" <dorianavery46@gmail.com>

Hi, Welcome to Eagle Eye!

**Your patient is:   Adelle George   Your case starts on:   03/01/2021**

**Your schedule with the patient is:   7days 10am-3pm**

If you will be using the clock in system in the "Clock in & out guide" you must always use the PATIENTS phone number **646 886 2146** to clock in & out.

**Your assignment ID # is:   103955**

**If you have any questions or schedule changes, please contact your coordinator Diana at (718 332 1115 ext 1521)** or you can

Attached are some documents that you need in order to learn how to use the clock in the system. These documents are important, so make sure you read everything carefully so you do not jeopardize your ability to get paid for the day!

Another way you can clock in & out is through the application which is called HHA Exchange. To learn how to use the app, use the guide named "Attendance Guide". If you decide to use the app, they will email you a **7 digit number**. Please send that number to me so that we can activate it for you. You cannot use the app without an activation of that number.

**Any questions about Billing can be answered via email: Billing@Eagleeyefv.com**

You can email them your name and phone number and ask that they give you a call back. Also, please send your direct deposit information to billing!
Direct deposit info must include a computer generated form, as well as a VOID check. Contact billing for further questions regarding the direct deposit forms.

Also - we use an app called Viventium for paystubs! In order to receive access to the sign-up information, please contact the billing dept.

Please let us know if you work at any other agency. It is important for us to know, because the schedules between both agencies must be AT LEAST 30 minutes apart. If they aren't, you may be at a risk for losing your pay for the day. Please ask us for assistance regarding this matter. We are more than happy to help, as long as you communicate with us.

Thanks so much, have a good day

**1. Timesheets:**
**All time sheets MUST have BOTH your signature and the patient's signature.** It is very important to submit the ORIGINAL to the office by Monday at 3pm. (timesheet is attached to this email.)